UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
HEATHER M. PALMORE,                                         :
                                                            :
                                    Plaintiff,              :   Case No.: 2:24-cv-03057
                                                            :
        v.                                                  :
                                                            :
NAPOLI SHKOLNIK PLLC, PAUL NAPOLI,                          :
MARIE NAPOLI, and HUNTER SHKOLNIK,                          :
                                                            :
                                    Defendants.             :
                                                            :
----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for Plaintiff and all Defendants, that the above-captioned action is voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with each party bearing its own fees and costs, and with each party waiving all rights to appeal.

Dated:  June 4, 2024
        New York, New York


By: */s/ David E. Gottlieb*            By: */s/ Holly G. Rogers*
David E. Gottlieb                       Holly G. Rogers
Wigdor LLP                              Melick & Porter, LLP
85 Fifth Avenue, 5th Floor              11 Broadway, Suite 615
New York, NY 10003                      New York, NY 10004
Phone: (212) 257-6800                   Phone: (212) 541-7236
Fax: (212) 257-6845                     Fax: (212) 480-8560
E-mail: dgottlieb@wigdorlaw.com         E-mail: hrogers@melicklaw.com

*Counsel for Plaintiff*                 *Counsel for Defendants*